UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BACZKOWSKI, ANDREW

Case No.: 15-23276  
Chapter: 7  
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

___Barry R. Sharer___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___11/10/15___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 641 Cambridge Ave. Beach, NJ

Liens on property:       Selene Finance - $292,621.00

Amount of equity claimed as exempt: 0

Objections must be served on, and requests for additional information directed to:

Name:     Barry R. Sharer, Trustee
Address:  1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15